**Motion GRANTED and Order filed January 11, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00812-CV

_____

## IN RE MARTIN CARLOS ABOYTES, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1173308**

---

## ORDER

On November 1, 2022, relator Martin Carlos Aboytes, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Jim Kovach, Judge of County Civil Court at Law No. 2, in Harris County, Texas, to set aside his order dated October 12, 2022, entered in trial court number 1173308, styled *Ameyia Jackson, et al. v. Martin Carlos Aboytes, et al.*

Relator also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On January 6, 2023, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the commencement of trial in trial court cause number 1173308, *Ameyia Jackson, et al. v. Martin Carlos Aboytes, et al.*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.